■ ESTELA B. SANGUINETTI v. ALBERTO A. SANGUINETTI.— Motion for an order striking appeals from the February 1961 Term Calendar of this court denied with leave to respondent to serve and file her respondent's points on or before February 14, 1961, at 12 o'clock noon. Reply points, if any, are to be served and filed on or before February 17, 1961 at 12 o'clock noon. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH HEADLEY. (B) THE PEOPLE OF THE STATE OF NEW YORK v. EARTHAN KEITT. (C) THE PEOPLE OF THE STATE OF NEW YORK v. THEODORE JARDINE.— [In each action] Enlargement of time granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. TONI FLITMAN.— Enlargement of time granted. The stay of execution granted in this court's order filed on September 22, 1960 is hereby continued. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ In the Matter of BORGIA BUTLER HOUSES. CITY OF NEW YORK, Appellant-Respondent; DAVID KUSHNER et al., Respondents-Appellants.— Motion for an enlargement of time granted and the time of all of the parties who have taken appeals from the final decree of the Supreme Court, Bronx County, entered on November 9, 1959, to file the record on appeal and appellants' points is extended to and including February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. That branch of the motion requesting an order of this court directing the attorneys for the claimant to Damage Parcel 96 to act on the city's proposed case on appeal, pursuant to rule 230 of the Rules of Civil Practice, is denied, without prejudice to an application before the Trial Justice to certify the record on appeal pursuant to section B15–25.0 of the Administrative Code of the City of New York. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ 300 WEST 154TH STREET REALTY CORP. v. DESA REALTY CORP.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ (A) In the Matter of the Arbitration between DAVID BLEIER et al., and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION. (B) In the Matter of the Arbitration between WILLIAM Z. POWELL et al., and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.— [In each action.] Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ NICHOLAS A. KARGER v. PIERRE F. NESI et al.— Motion for leave to reargue denied, without prejudice to an application at Special Term for retaxation of costs pursuant to section 1536 of the Civil Practice Act. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■ MARY HEELAN et al., v. NEW YORK CITY HOUSING AUTHORITY.— Motion for leave to appeal as poor persons granted insofar as to permit the appeals to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the attorney for the defendant-respondent and file 5 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points with this court on or before March 16, 1961, with notice of argument for March 28, 1961, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.